# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

YVETTE BARBARA BALDWIN,  Case No. 1:11-cv-71
    Plaintiff,

                                                   Barrett, J.
vs                                             Bowman, M.J.

CINCINNATI BAR ASSOCIATION,
ET AL.,
    Defendants

## REPORT AND RECOMMENDATION

This matter is before the Court on the *pro se* plaintiff's motions filed on February 8 and 11, 2011 to amend her complaint. (Docs. 4, 9). On February 10, 2011, the undersigned issued a Report and Recommendation recommending that the complaint be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). (*See* Doc. 8).

In her motions to amend, plaintiff seeks to add more defendants as parties to the complaint, as well as the Court's assistance in locating and verifying "land deeds for the Country of Israel" and "Holocaust accounts documentation in the Indianapolis, Indiana region." (Docs. 4, 9). The pleadings do not contain any additional allegations to give rise to a federal claim with an arguable factual or legal basis. Therefore, for the reasons given in the February 10, 2011 Report and Recommendation for dismissing the complaint as frivolous (*see* Doc. 8), it is also **RECOMMENDED** that plaintiff's motions to amend the complaint (Docs. 4, 9) be **DENIED**.

                                                         */s/Stephanie K. Bowman*
                                                  United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

YVETTE BARBARA BALDWIN,          Case No. 1:11-cv-71
    Plaintiff,

                                                    Barrett, J.
vs                                                   Bowman, M.J.

CINCINNATI BAR ASSOCIATION, et al.,
    Defendants.

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), **within 14 days** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **within 14 days** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See United States v. Walters,* 638 F.2d 947 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140 (1985).