# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Yvette Barbara Baldwin,

    Plaintiff,

        v.                                    Case No. 1:11cv071

Cincinnati Bar Association, *et al.*,          Judge Michael R. Barrett

    Defendants.

## ORDER

    This matter is before the Court on the Reports and Recommendations filed by the Magistrate Judge on February 10, 2011, and February 14, 2011 (Docs. 8 and 10).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters, 638 F.2d 947 (6th Cir. 1981)*. No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Having reviewed this matter <u>de novo</u> pursuant to 28 U.S.C. § 636, this Court finds the Magistrate Judge's Report and Recommendation to be correct.

    Accordingly, it is **ORDERED** that the Reports and Recommendations (Docs. 8 and 10) of the Magistrate Judge are hereby **ADOPTED**. The Complaint (Doc. 7) is **DISMISSED**; Motions to Amend Complaint (Docs. 4 and 9) are **DENIED**.

    **IT IS SO ORDERED.**

                                                      *S/Michael R. Barrett*
                                                      Michael R. Barrett
                                                      United States District Judge